# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2292

_____

CHARLES F. MCCLELLAN, an
individual,

    Petitioner,

    v.

DEPARTMENT OF BUSINESS AND
PROFESSIONAL REGULATION,
DIVISION OF PARI-MUTUEL
WAGERING,

    Respondent.

_____

Petition for Review of Non-Final Agency Action—Original
Jurisdiction.

December 12, 2018

PER CURIAM.

    DENIED.

WOLF, MAKAR, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Jeremy E. Slusher, Jennifer Rosenblum, and Michael Billings of Slusher & Rosenblum, P.A., West Palm Beach, for Petitioner.

Ross Marshman, Chief Appellate Counsel, Department of Business & Professional Regulation, Tallahassee, for Respondent.